# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| MICHAEL JAMES, Individually and as Independent Executor of the Estate of Ruby C. James, Deceased, ROBERTA JAMES and JULIE JAMES,<br><br>    Plaintiffs,<br><br>vs.<br><br>WALMART STORES, INC.,<br><br>    Defendant. | Case No. 3:18-cv-107<br>**Iowa District Ct. Case No. LACV045273**<br><br>**NOTICE OF REMOVAL** |

**COMES NOW** Defendant Walmart Stores, Inc. n/k/a Walmart Inc. ("Defendant") through its attorneys, MWH Law Group LLP, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and hereby removes the above-captioned cause of action from the Iowa District Court for Clinton County to the United States District Court, Southern District of Iowa, Eastern Division. In support thereof, Defendant states the following:

1.    This action was originally filed by Plaintiffs against Defendant on or about September 24, 2018 in the Iowa District Court in and for Clinton County, entitled *Michael James, Individually and as Independent Executor of the Estate of Ruby C. James, Deceased, Roberta James and Julie James v. Walmart Stores, Inc.*, Case No. LACV045273. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition at Law is attached as **Exhibit 1**.

2.    Personal service was made upon the Defendant's Registered agent on or about September 28, 2018.

3.    This is a civil action in which Plaintiffs claim that they are entitled to damages for wrongful death, pre death physical and mental pain and suffering, pre death loss of function and

enjoyment of life as well as loss of consortium claims asserted by decedents three (3) children claiming loss of services, companionship and society resulting from an accident involving decedent Ruby James that occurred at the Wal-Mart store located at 2715 S. 25th Street, Clinton County, Iowa on December 11, 2017. (Plaintiffs' Petition, ¶¶'s 23, 24, 27, 33, and 39) The amount in controversy exceeds the sum or value of $75,000.00, exclusive of interests and costs.

5. Defendant, Walmart Stores, Inc. is the sole Defendant in this action. Defendant Walmart Inc. is incorporated in Delaware and has as its principal place of business in Bentonville, Arkansas, and they are deemed to be citizens of both Delaware and Arkansas pursuant to 28 U.S.C. 1332(c)(1).

6. The decedent was a citizen and resident of Illinois. (Plaintiffs' Petition, ¶ 1)

7. This case may be removed from the Iowa District Court in and for Clinton County to the United States District Court for the Southern District of Iowa, Eastern Division, pursuant to 28 U.S.C. § 1332. The United States District Court has original jurisdiction over the litigation filed in state court based on diversity of the parties.

8. The time for filing this notice of removal has not run because thirty (30) days has not expired since September 28, 2018, the date on which the Defendant was personally served with the Original Notice and Petition at law.

9. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Original Notice and Petition and Jury Demand filed by the Plaintiffs is attached and incorporated herein by reference as **Exhibit No. 1**.

9. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Defendant has not been served with and is not aware of any other process, pleadings, and/or orders in the action pending in the

Iowa District Court for Clinton County.

    10.    Counsel that has appeared on behalf of Plaintiff in state court is:

    Michael K. Bush, AT000000637
    John C. Bush, AT0012857
    BUSH, MOTTO, CREEN, KOURY, & HALLIGAN, P.L.C.
    5505 Victoria Avenue, Suite 100
    Davenport, IA 52807
    Telephone: (563) 344-4900
    Facsimile: (563) 344-8961
    E-mail: mbushlaw@gmail.com
    E-mail: jbush@gmail.com
    *Attorneys for Plaintiffs*

    11.    This Notice of Removal is being served upon the Plaintiffs' counsel by mail and is being filed with the Clerk of the Iowa District Court in and for Clinton County.

**WHEREFORE**, Defendant gives notice that the above-captioned action now pending against it in the Iowa District Court in and for Clinton County is removed therefrom to the United States District Court for the Southern District of Iowa, Eastern Division.

    Respectfully submitted,

    */s/ Kerrie M. Murphy*
    */s/ Julie T. Bittner*
    Kerrie M. Murphy, AT0005576
    Julie T. Bittner, AT0009719
    MWH LAW GROUP LLP
    1501 42nd Street, Suite 465
    West Des Moines, IA 50266-1090
    Telephone: (515) 453-8509
    Facsimile: (515) 267-1408
    E-mail: kerrie.murphy@mwhlawgroup.com
    E-mail: julie.bittner@mwhlawgroup.com
    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.
.

/s/ *Brooke E. Klingbeil*_____

I further certify that on October 29, 2018, I mailed a copy of the foregoing to opposing counsel at the address listed below:

Michael K. Bush, AT000000637
John C. Bush, AT0012857
BUSH, MOTTO, CREEN, KOURY, & HALLIGAN, P.L.C.
5505 Victoria Avenue, Suite 100
Davenport, IA 52807
Telephone: (563) 344-4900
Facsimile: (563) 344-8961
E-mail: mbushlaw@gmail.com
E-mail: jbush@gmail.com
*Attorneys for Plaintiffs*

/s/ *Brooke E. Klingbeil*_____