# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# DAVENPORT DIVISION

| | |
|---|---|
| MICHAEL JAMES, Individually and as Independent Executor of the Estate of Ruby C. James, Deceased, ROBERT JAMES and JULIE JAMES,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Case No: 3:18-cv-107<br><br>**WAL-MART'S NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL** |

**COMES NOW,** Defendant Wal-Mart Stores, Inc. n/k/a Walmart Inc. ("Defendant"), by and through the undersigned attorneys, and hereby files a notice of its withdrawal of its Notice of Removal and in support thereof, state as follows.

1.  Plaintiffs Amended their Petition October 26, 2018.

2.  Plaintiffs added Eric Peacock as an additional Defendant. Mr. Peacock is a resident of Iowa which defeats diversity.

**WHEREFORE**, Defendant Wal-Mart Stores, Inc. n/k/a Walmart Inc. hereby notifies the Court that it is withdrawing its Notice of Removal filed on October 29, 2018.

Respectfully submitted,

 */s/ Kerrie M. Murphy*
Kerrie M. Murphy     AT0005576
Julie T. Bittner       AT0009719
MWH LAW GROUP LLP
1501 42nd Street, Suite 465
West Des Moines, IA  50266-1090
Telephone: (515) 453-8509
Facsimile: (515) 267-1408
E-mail:  kerrie.murphy@mwhlawgroup.com

E-mail:  julie.bittner@mwhlawgroup.com
*Attorneys for Defendant*

## PROOF OF SERVICE

I hereby certify that on November 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing system which will send notification of such filing to the following:

Michael K. Bush, AT000000637
John C. Bush, AT0012857
BUSH, MOTTO, CREEN, KOURY, & HALLIGAN, P.L.C.
5505 Victoria Avenue, Suite 100
Davenport, IA 52807
Telephone: (563) 344-4900
Facsimile: (563) 344-8961
E-mail: mbushlaw@gmail.com
E-mail: jbush@gmail.com
*Attorneys for Plaintiffs*

                                                     */s/ Brooke E. Klingbeil*